UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 5:25-CR-00266-SSS-1    Date: 8/19/2025

Present: The Honorable: David T. Bristow, United States Magistrate Judge

Interpreter _____    Language _____

| Rachel Maurice | RS - CS - 4 | Cory Burleson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓  Present  Released on Bond    Attorneys for Defendants:    Present  Retained

Jose De Jesus Ortega    Carlos L. Juarez

**Proceedings: Arraignment of Defendant and/or**    ✓  **Assignment of Case**    **Appointment of Counsel**

**Initial Appearance**

* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information
* Court finds that the defendant is able to understand and comprehend the proceeding taking place.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Sunshine Suzanne Sykes.
* Government counsel provides trial estimate of 4 - 6 days.
* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* It is ordered that the following date(s) and time(s) are set:
Jury Trial: 10/06/2025, 09:00 AM
Pre-Trial Conference: 09/19/2025, 09:00 AM
Motion Hearing: 09/19/2025, 09:00 AM
The parties are referred to Judge Sykes' Procedures and Schedules to obtain a copy of the judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov.
Judge Sykes is located in 2, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc: PSALA     PSAED     PSASA
USMLA     USMED     USMSA
Statistics Clerk     Interpreter
CJA Supervising Attorney     Fiscal

Initial Appearance/Appointment of Counsel: _____ : _____

Arraignment: _____ : 10

Initials of Deputy Clerk: ram _____

CR-11A    Criminal Minutes – Arraignment    Page 1